# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action Number |
| v. | ) | **2:17-cr-419-AKK-TMP-2** |
| | ) | |
| **STEVEN GEORGE MCKINNEY (002),** | ) ) ) | |
| Defendant. | ) | |

## ORDER

Defendant's Unopposed Motion for Admission Pro Hac Vice of Craig A. Gillen (Doc. 29) is **GRANTED**.

**DONE** this 17th day of October, 2017.

_____
**ABDUL K. KALLON**
**UNITED STATES DISTRICT JUDGE**