# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs** | ) | **2:17-cr-00419-AKK-TMP** |
| | ) | |
| **STEVEN GEORGE MCKINNEY** | ) | |

## MOTION TO SEAL

Comes now the United States of America, by and through Jay E. Town, United States Attorney for the Northern District of Alabama, and respectfully requests that the Court allow the United States to file its Motion for Inquiry Into Potential Conflict of Interest under seal because it contains information regarding proceedings before the Grand Jury that are protected under Rule 6(e) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JAY E. TOWN
United States Attorney

_____
GEORGE A. MARTIN, JR.
Assistant United States Attorney
1801 4th Avenue North
Birmingham, Alabama 35203
205-244-2254

## CERTIFICATE OF SERVICE

I certify that on October 17, 2017, I emailed a copy of this document to the

defendants' counsel of record.


_____
GEORGE A. MARTIN, JR.
Assistant United States Attorney