# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **2:17-cr-00419-AKK-TMP** |
| ) | |
| **JOEL IVERSON GILBERT** ) | |
| **STEVEN GEORGE MCKINNEY** ) | |
| **DAVID LYNN ROBERSON** ) | |

## NOTICE OF APPEARANCE

COMES NOW the United States of America, by and through its counsel, Jay E. Town, United States Attorney for the Northern District of Alabama, and gives notice that Assistant United States Attorney Praveen Krishna will be an additional attorney of record in this case.

Respectfully submitted this 12th day of April, 2018.

                                                JAY E. TOWN
                                                United States Attorney


                                                /s/_____
                                                PRAVEEN KRISHNA
                                                Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2018, a true and accurate copy of the foregoing Notice of Appearance has been electronically filed with the Clerk of Court, Northern District of Alabama, using the CM/ECF filing system.

/s/
PRAVEEN KRISHNA
Assistant United States Attorney