# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal Case Number**:** |
| **vs.** ) | **2:17-cr-419-AKK-TMP-2** |
| ) | |
| **STEVE MCKINNEY (002),** ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff United States of America's Oral Motion to Dismiss Indictment as to Steve McKinney is **GRANTED**. The indictment against defendant Steve McKinney is dismissed with prejudice.

Done the 23rd day of July, 2018.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE